Robert HORTON; Nationalist Television, a Texas Non–Profit Corporation; Barry Hackney, Plaintiffs–Appellants,

v.

CITY OF HOUSTON, TEXAS; Access Houston Cable Corporation, Defendants–Appellees.

No. 03–20450.

United States Court of Appeals, Fifth Circuit.

DECIDED: March 17, 2004.

Richard Barrett, Learned, MS, for Plaintiffs–Appellants.

Elizabeth Lee Pool, Houston, TX, Emery Lawrence Vincent, Susman Godfrey, Dallas, TX, Neal Stuart Manne, John William Turner, Johnny W. Carter, Susman Godfrey, Houston, TX, for Defendants–Appellees.

Before REAVLEY, DAVIS and DEMOSS, Circuit Judges.

PER CURIAM.*

After reviewing the record created on remand and considering the briefs of the parties and argument of counsel, we are satisfied that the district court properly carried out our remand instructions. We

also conclude that the district court did not err in concluding that the fee in question was narrowly tailored to achieve the legitimate objective of promoting localism. We therefore affirm the judgment of the district court.

AFFIRMED.